**NO. 26-6891**

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

PEDRO VASQUEZ PERDOMO, *et al.*,

*Plaintiffs-Appellees*,

vs.

RODNEY S. SCOTT, *et al.*,

*Defendants-Appellants.*

---

On Appeal from the United States District Court for the Central District of California, Case No. 2:25-cv-05605-MEMF-SP
The Hon. Maame Ewusi-Mensah Frimpong

---

# PLAINTIFFS-APPELLEES' RESPONSE TO DEFENDANTS-APPELLANTS' MOTION TO CONSOLIDATE RELATED APPEALS AND SET CONSOLIDATED BRIEFING SCHEDULE

---

Mohammad Tajsar
Mayra Joachin
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-5232

Anne Lai
UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894

Jacob S. Kreilkamp
Sara H. Worth
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071
Telephone: (213) 683-9100

Jeremy S. Kreisberg
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW Suite 500E
Washington, D.C. 20001
(202) 220-1100

*Counsel for Plaintiffs-Appellees*
*Additional counsel listed on next page*

Jessica Karp Bansal
Lauren Michel Wilfong
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

Matthew J. Craig
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883

Mark Rosenbaum
Rebecca Brown
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

**RESPONSE TO DEFENDANTS-APPELLANTS' MOTION TO CONSOLIDATE APPEALS**

On November 6, 2026, Defendants-Appellants filed a motion to consolidate the appeals in *Vasquez Perdomo v. Mullin*, Case No. 26-6891 and Case No. 26-7277, in Case No. 26-6891. On November 9, 2026, Defendants-Appellants filed the same consolidation request in Case No. 26-7277 at the Court's direction.

Plaintiffs-Appellees request that the Court defer ruling on the government's motion for consolidation while the parties discuss a potential resolution including a briefing schedule on both appeals that may moot that motion. If the parties cannot reach an agreement, Plaintiffs-Appellees will file an opposition to consolidation on or before November 11, 2026.

Respectfully Submitted,

DATED: November 9, 2026 MUNGER, TOLLES & OLSON LLP

By: */s/ Jeremy S. Kreisberg*
Jeremy S. Kreisberg
*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2026, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Ninth Circuit using the ACMS system.

DATED: November 9, 2026

MUNGER, TOLLES & OLSON LLP

By: *\/s/ Jeremy S. Kreisberg*
Jeremy S. Kreisberg
*Counsel for Plaintiffs-Appellees*