**NOS. 26-6891 and 26-7277**

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

PEDRO VASQUEZ PERDOMO, *et al.*,

*Plaintiffs-Appellees*,

vs.

RODNEY S. SCOTT, *et al.*,

*Defendants-Appellants.*

---

On Appeal from the United States District Court for the Central District of California, Case No. 2:25-cv-05605-MEMF-SP
The Hon. Maame Ewusi-Mensah Frimpong

---

# JOINT STIPULATION REGARDING MOTION FOR CONSOLIDATION AND BRIEFING SCHEDULES IN CASE NO. 26-6891 AND CASE NO. 26-7277

---


Mohammad Tajsar
Mayra Joachin
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-5232

Anne Lai
UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894

Jacob S. Kreilkamp
Sara H. Worth
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071
Telephone: (213) 683-9100

Jeremy S. Kreisberg
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW Suite 500E
Washington, DC 20001
(202) 220-1100

*Counsel for Plaintiffs-Appellees*
*Additional counsel listed on next page*

Jessica Karp Bansal
Lauren Michel Wilfong
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

Matthew J. Craig
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883

Mark Rosenbaum
Rebecca Brown
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

JONATHAN D. GUYNN
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

DANIEL F. MUMMOLO
Counsel to the Assistant
Attorney General

AUGUST FLENTJE
Deputy Director

JONATHAN ROBBINS
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

*Counsel for Defendants-Appellants*

**JOINT STIPULATION REGARDING MOTION FOR CONSOLIDATION AND BRIEFING SCHEDULES IN CASE NO. 26-6891 AND CASE NO. 26-7277**

In Case No. 26-6891, Defendants appeal from a preliminary injunction order and a class certification order concerning immigration arrests. In Case No. 26-7277, Defendants appeal from a preliminary injunction order and a class certification order concerning detentive stops and have moved for a stay pending appeal.[1] Pending before the Court is Defendants' motion to consolidate the appeals. Defendants-Appellants and Plaintiffs-Appellees have met and conferred regarding the appeals and motions and agree to the following:

**1.** Defendants' motion to consolidate the appeals in Case No. 26-6891 and Case No. 26-7277 is withdrawn.

**2.** The parties respectfully request that the Court extend the existing administrative stay until 14 days after issuance of its opinion in Case No. 26-7277. Upon the Court's grant of that request, Defendants' pending emergency motion for a stay (Dkt. 5.1) shall be deemed withdrawn, without prejudice to Defendants' ability to seek further relief in any court.

**3.** The parties respectfully request that the Court vacate the briefing schedule entered on November 6, 2026 in Case No. 26-7277 with respect to Defendants' emergency stay motion, Dkt.11, and order expedited briefing on Defendants' appeal in

[1] The preliminary injunction order on appeal in Case No. 26-7277 is currently administratively stayed.

Case No. 26-7277, as follows:

Appellants' Opening Brief: November 24, 2026

Plaintiffs' and Intervenors' Answering Briefs: December 11, 2026

Appellants' Reply Brief: December 18, 2026

**4.** If the Court does not grant the request to vacate the briefing schedule with respect to Defendants' emergency stay motion and order expedited briefing on Defendants' appeal in Case No. 26-7277, Appellees request an extension of time to file Plaintiffs' and Intervenors' responses to Defendants' stay motion until November 16, 2026. Defendants do not oppose such an extension, provided that Defendants' time to file a reply is extended to November 20, 2026.

**5.** The parties respectfully request that the Court vacate the briefing schedule entered on October 16, 2026 in Case No. 26-6891, Dkt.2.1, and enter the following revised briefing schedule:

Appellants' Opening Brief: January 8, 2027

Plaintiffs' and Intervenors' Answering Briefs: February 12, 2027

Appellants' Reply Brief: February 26, 2027

Intervenors-Appellees have advised Plaintiffs-Appellees and Defendants-Appellants that they do not oppose these requests.

Respectfully Submitted,

DATED: November 11, 2026 MUNGER, TOLLES & OLSON LLP

By: *\/s\/ Jeremy S. Kreisberg*
Jeremy S. Kreisberg
*Counsel for Plaintiffs-Appellees*

DATED: November 11, 2026 U.S. DEPARTMENT OF JUSTICE

By: */s/ Jonathan Robbins*
Jonathan Robbins
*Counsel for Defendants-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2026, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Ninth Circuit using the ACMS system.

DATED: November 11, 2026    MUNGER, TOLLES & OLSON LLP

By: */s/ Jeremy S. Kreisberg*
Jeremy S. Kreisberg
*Counsel for Plaintiffs-Appellees*