UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JORGE HERNANDEZ VIRAMONTES; et al.,<br><br>Plaintiffs - Appellees,<br><br>CITY OF LOS ANGELES; et al.,<br><br>Intervenor-Plaintiffs - Appellees,<br><br>v.<br><br>RODNEY S. SCOTT, In his official capacity as Commissioner, U.S. Customs and Border Patrol; et al.,<br><br>Defendants - Appellants. | No. 26-6891<br><br>D.C. No.<br>2:25-cv-05605-MEMF-SP<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: GOULD, BERZON, and SUNG, Circuit Judges.

IT IS ORDERED that the Court's briefing schedule entered on October 16, 2026 (Dkt. No. 2) is VACATED. Defendants-Appellants' opening brief shall be filed by January 8, 2027; Plaintiffs-Appellees' and Intervenor-Plaintiffs-Appellees' answering briefs shall be filed by February 12, 2027; and Defendants-Appellants' reply brief shall be filed by February 26, 2027.